# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Robert P. Sheils, Jr., as Trustee for : | |
| Smith & Morris Holdings, LLC, Michael : | |
| C. Morris and Stephen G. Smith, : | |
| Appellants : | |
| : | |
| v. : | No. 375 C.D. 2022 |
| : | |
| Linda F. Bartles, Executrix of the Estate : | |
| of Scott J. Smith, F.J. Monaghan, James : | |
| L. Brennan, Jr., Juanita Pisano, Bill : | |
| Canfield, Robert Jennings, Tiffany S. : | |
| Kominski, Carolyn J. Lorent, and : | |
| Harry Devrieze, individually in their : | |
| personal capacities and as Council : | |
| people for the Borough of Honesdale, : | |
| and the Borough of Honesdale, : | |
| Wayne County, Pennsylvania : | |

**PER CURIAM**             **O R D E R**

NOW, June 29, 2023, having considered Appellees' application for reargument and Appellants' answer in response thereto, the application is DENIED.